## JS 44 (Rev. 04/21) CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. See instructions on next page of this form.

### I. (a) PLAINTIFFS

David Miedel
9612 Woodbury Rd.
Laingsburg, MI 48848

### (b) DEFENDANTS

Ally Financial Inc.
500 Woodward Ave.
Detroit, MI 48226

### (c) Attorneys (Firm Name, Address, and Telephone Number)

Pro Se Plaintiff
David Miedel
miedeld@icloud.com
812-327-1091

### II. BASIS OF JURISDICTION

[X] 3. Federal Question (U.S. Government Not a Party)

### III. CITIZENSHIP OF PRINCIPAL PARTIES

Plaintiff: Citizen of Michigan
Defendant: Corporation Headquartered in Michigan

### IV. NATURE OF SUIT

440 – Other Civil Rights
Consumer Protection / Forged Loan / Contract Enforcement / Debt Collection Abuses

### V. ORIGIN

Original Proceeding [X]

### VI. CAUSE OF ACTION

Violations of federal consumer protection laws; enforcement of forged contract; continued debt collection after notice of fraud.

## VII. REQUESTED IN COMPLAINT

CLASS ACTION: No
DEMAND: $2,845,560
JURY DEMAND: Yes

## VIII. RELATED CASE(S) IF ANY

Ingham County Circuit Court Case No. 25-001100-CZ (Miedel v. Morrie's Okemos Ford)

Date: April 11, 2025

Signature of Plaintiff (Pro Se): _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN