## Updated Exhibit Index

Exhibit A: Affidavit of Truth – Confirming loan forgery and state findings

Exhibit B: Timeline of Key Events and Damages

Exhibit C: Loan Contracts (Original Endorsed, Forged, Withheld)

Exhibit D: Ally CFPB Response – Confirms forged 09/27/2024 contract was funded

Exhibit E: Plaintiff's Billable Time Log – 185 Hours of Investigation and Litigation Prep ($55,500)

Exhibit F: Attorney General and DIFS Complaint File (Brett Stiles Investigation)

Exhibit G: Affidavit of Attempted Repossession (Repo agent on property)

Exhibit H: Photos of No Trespassing Signs and Repo Agent on Property

Exhibit I: Audio Transcript – Nov 12, 2024 call: Ally confirms account marked FRAUD

Exhibit J: Audio Transcript – Jan 24, 2025 call: Ally rep attempts coercion

Exhibit K: Audio Transcript – Feb 20, 2025 call: $4072 misapplied service contract refund

Exhibit L: Screenshots – Ally website removed loan contracts post-CFPB filing

Exhibit M: Email Communications with Morrie's President Ryan Smith

Exhibit N: Credit Impact Letters (Lowe's Credit Limit Reduction, Ally Credit Reporting)

Exhibit O: Affidavit of Seller-Creditor Discrepancy – MAG OKF vs Morrie's Okemos Ford

Exhibit P: Audio Transcript – March 19, 2025 call: Plaintiff offers lien release, Ally refuses

Exhibit Q: Documentation of Forced Truck Purchase – January 24, 2025 ($94,560)

Exhibit R: Certified Affidavit of Truth to Ally – October 31, 2024 (Registered Mail RE 348 814 064 US)

Exhibit S: Affidavit of Request for Full Disclosure and Offset – Sent to Ally Bank on December 9, 2024 (Registered Mail RE 348 814 064 US)