**Exhibit A**

Affidavit of Truth – Confirming loan forgery and state findings

## AFFIDAVIT OF TRUTH

STATE OF MICHIGAN

COUNTY OF INGHAM

I, David Miedel, of lawful age, being first duly sworn, depose and say under penalty of perjury:

1. I am the Plaintiff in the matter of Miedel v. Ally Bank, and I am competent to testify to the matters stated herein.

2. I affirm that all statements made in my Complaint for Damages are true, correct, and based on personal knowledge, firsthand documents, and verified communications.

3. I did not authorize or consent to the forged auto loan contract dated September 27, 2024, that was submitted to Ally Bank for funding.

4. I specially endorsed a prior version of the loan on September 23, 2024, which Ally Bank rejected. The dealership, MAG OKF LLC d/b/a Morrie's Okemos Ford, then submitted a forged promissory note bearing my name without authorization.

5. This forgery was later substantiated by Michigan Department of State Investigator Brett Stiles, who confirmed the presence of fraud and misconduct.

6. Despite multiple notifications—including CFPB complaints, certified letters, and recorded phone calls—Ally Bank continued collection efforts, misapplied warranty funds, and attempted vehicle repossession.

7. Ally removed access to loan contracts from my online portal after my January CFPB complaint, then reinstated them later—actions that further demonstrate knowledge and concealment of misconduct.

8. I affirm that the damages I have claimed—including emotional distress, business credit harm, and reputational injury—are genuine, quantifiable, and supported by evidence.

9. This affidavit is submitted in good faith and under oath to support Exhibit A of my federal Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of April, 2025.

Signature: _/s/ David Miedel_

David Miedel
9612 Woodbury Rd.
Laingsburg, MI 48848
miedeld@icloud.com
812-327-1091