**Exhibit B**

Timeline of Key Events and Damages

## TIMELINE OF KEY EVENTS – ALLY BANK

September 23, 2024: Plaintiff specially endorses original loan application at dealership.

September 27, 2024: Forged contract created and submitted to Ally Bank by dealership.

September 28, 2024: Loan date confirmed by Ally rep in recorded call (Nov 12).

October 01, 2024: Plaintiff signs a new contract, never submitted to Ally Bank.

October 31, 2024: Certified Affidavit of Truth sent to Ally (Registered Mail RE 348 814 064 US), demanding full accounting and debt validation.

November 01, 2024: Affidavit of Truth sent to Ally via certified mail.

November 12, 2024: Ally rep confirms account is flagged for fraud (recorded call).

December 09, 2024: Certified letter mailed to Ally (USPS RF 348 814 064 US).

January 15, 2025: First CFPB complaint filed (Case #250115-17993884).

January 21, 2025: Plaintiff calls Ally after loan documents are removed from online account.

January 24, 2025: Plaintiff forced to purchase a second vehicle due to ongoing collection and repo threats.

January 24, 2025: Recorded call with Ally rep attempting to coerce Plaintiff.

February 14, 2025: Second CFPB complaint filed (Case #250214-18766597).

February 19, 2025: Dealership refund of $4,072 received by Ally from warranty cancellation.

February 20, 2025: Ally applies refund to backdated payments without authorization (recorded call).

March 03, 2025: Civil lawsuit filed in Michigan Circuit Court against Morrie's.

March 17, 2025: Call with Federated Insurance (Morrie's insurer) – Larry Mushkin.

March 19, 2025: 43-minute recorded call with Ally fraud dept (Heath); Plaintiff offers lien release.

March 28, 2025: Updated demand letter and damages worksheet finalized.

April 01, 2025: Another collection email received from Ally.

April 09, 2025: Notice of attempted repossession on Plaintiff's property.

**April 11, 2025: Federal complaint against Ally Bank prepared for filing.**

## DAMAGES WORKSHEET – DAVID MIEDEL v. ALLY FINANCIAL INC.

| Category | Amount ($) |
| --- | --- |
| Forgery & Loan Enforcement Damages | $91,859.84 |
| Emotional Distress and Reputational Harm | $500,000.00 |
| Credit Damage and Score Reduction (Denied Accounts, Limit Drops) | $175,000.00 |
| Forced Second Truck Purchase (Jan 24, 2025) | $94,560.00 |
| Loss of Use, Alternate Transport Costs | $18,000.00 |
| Legal Preparation Time – 185 hours @ $300/hr | $55,500.00 |
| Collection Harassment and Repo Threats | $250,000.00 |
| Exemplary/Punitive Damages – Willful Misconduct | $1,800,000.00 |
| TOTAL DAMAGES REQUESTED | $2,984,919.84 |