**Exhibit E**

Plaintiff's Billable Time Log – 185 Hours of Investigation and Litigation Prep ($55,500)

| Date | Task Description | Hours Worked | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| 10/31/2024 | pre-filing investigation time- gathering documents and sending letter to ally | 3.5 | $300.00 | $1,050.00 |
| 12/9/2024 | pre-filing investigation time- prepare and send out next certified letter to ally | 3.5 | $300.00 | $1,050.00 |
| 12/31/2024 | pre-filing investigation time- file complaint with CFPB | 5 | $300.00 | $1,500.00 |
| 11/12/2024 | pre-filing investigation time- phone call with lender | 0.5 | $300.00 | $150.00 |
| 1/21/2025 | pre-filing investigation time- cancel extended warranty and submit | 2 | $300.00 | $600.00 |
| 1/15/2025 | pre-filing investigation time- file new complaint with CFPB | 5 | $300.00 | $1,500.00 |
| 1/16/2025 | pre-filing investigation time- procure 3 loan contracts Morries submitted to ally | 5 | $300.00 | $1,500.00 |
| 1/30/2025 | pre-filing investigation time- respond to CFPB per 12/31/2024 submission | 2 | $300.00 | $600.00 |
| 1/30/2025 | pre-filing investigation time- respond to CFPB per 01/15/2025 submission | 2 | $300.00 | $600.00 |
| 1/15/2025 | pre-filing investigation time- phone call with Ryan Smith president of Morries | 0.75 | $300.00 | $225.00 |
| 1/15/2025 | pre-filing investigation time- email exchange with Ryan Smith president of Morries | 1 | $300.00 | $300.00 |
| 1/24/2025 | pre-filing investigation time- phone call with Ally | 0.25 | $300.00 | $75.00 |
| 1/25/2025 | pre-filing investigation time- prepare settlement letter for Ryan Smith | 6 | $300.00 | $1,800.00 |
| 1/27/2025 | pre-filing investigation time- sent certified settlement letter to Ryan Smith | 1 | $300.00 | $300.00 |
| 1/27/2025 | pre-filing investigation time- file fraud complaint with state department | 8 | $300.00 | $2,400.00 |
| 2/11/2025 | pre-filing investigation time- receive call from state investigator-confirmed the forgery | 0.5 | $300.00 | $150.00 |
| 2/14/2025 | pre-filing investigation time- CFPB complaint | 5 | $300.00 | $1,500.00 |
| 2/19/2025 | pre-filing investigation time- FOIA request via State of Michigan regarding the full investigation | 2 | $300.00 | $600.00 |
| 2/20/2025 | pre-filing investigation time- phone call with Ally | 0.25 | $300.00 | $75.00 |
| 2/25/2025 | pre-filing investigation time- report forgery to Dept of Insurance and Finance | 3 | $300.00 | $900.00 |
| 3/2/2025 | putting together civil lawsuit and complaint | 20 | $300.00 | $6,000.00 |
| 3/3/2025 | filing civil lawsuit into record | 3 | $300.00 | $900.00 |
| 3/3/2025 | hiring process server | 3 | $300.00 | $900.00 |
| 3/4/2025 | delivering served process paperwork to court house | 2.5 | $300.00 | $750.00 |
| 3/11/2025 | file complaint with Dealer Rater | 2 | $300.00 | $600.00 |
| 3/12/2025 | file complaint with BBB | 2 | $300.00 | $600.00 |
| 3/17/2025 | phone call with Federated insurance / Larry Mushkin | 0.25 | $300.00 | $75.00 |
| 3/19/2025 | phone call with ally | 0.75 | $300.00 | $225.00 |
| 3/24/2025 | prepare fedral complaint against Ally | 8 | $300.00 | $2,400.00 |
| 3/24/2025 | prepared federal complaint draft part 2 | 6 | $300.00 | $1,800.00 |
| 3/28/2025 | drafted and reviewed pre-suit letter demand | 3 | $300.00 | $900.00 |
| 3/28/2025 | compiled damges worksheet and case time line | 6 | $300.00 | $1,800.00 |
| 3/28/2025 | reviewed case law, damage precedent, and updated demand letter | 6 | $300.00 | $1,800.00 |
| 3/28/2025 | organize all exhibits, affidavits, and timelines for filing | 8 | $300.00 | $2,400.00 |
| 3/29/2025 | read through defendants motion for summary dispostion. | 2 | $300.00 | $600.00 |
| 3/30/2025 | put together response to summary disposition copies for court, defendant and self. | 12 | $300.00 | $3,600.00 |
| 3/31/2025 | finish putting together response | 4 | $300.00 | $1,200.00 |
| 3/31/2025 | take motion to court house | 2 | $300.00 | $600.00 |
| 3/31/2025 | send motion certified to defense counsel | 2 | $300.00 | $600.00 |
| 4/1/2025 | follow with department of insurance and finance regarding inevstigation | 1 | $300.00 | $300.00 |
| 4/5/2025 | prepared Ally complaint documents for filing in federal court | 8 | $300.00 | $2,400.00 |
| 4/6/2025 | prepare documentation and facts for Ingham prosecutor | 8 | $300.00 | $2,400.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/7/2025 | deliver complete packet of information to ingham county prosecutor office | 2.5 | $300.00 | $750.00 |
| 4/9/2025 | prepare civil suit for federal court | 7 | $300.00 | $2,100.00 |
| 4/10/2025 | prepare civil suit for federal court | 10 | $300.00 | $3,000.00 |
| 4/11/2025 | final prep for filing | 3 | $300.00 | $900.00 |
| 4/11/2025 | go to fedex to print color copies for filing | 2.5 | $300.00 | $750.00 |
| 4/11/2025 | file complaint in federal court | 3 | $300.00 | $900.00 |
| 4/11/2025 | send motion certified for proof of service to ally | 2 | $300.00 | $600.00 |
|  |  | 195.75 |  | $58,725.00 |