**Exhibit G**

Affidavit of Attempted Repossession (Repo agent on property)

## AFFIDAVIT OF ATTEMPTED REPOSSESSION

STATE OF MICHIGAN

COUNTY OF INGHAM

I, David Miedel, of lawful age, being first duly sworn, depose and say under penalty of perjury:

1. I am the Plaintiff in the matter of Miedel v. Ally Bank, and I am competent to testify to the matters stated herein.

2. On April 9, 2025, a repossession agent arrived at my private residence located at 9612 Woodbury Rd., Laingsburg, Michigan.

3. My property is clearly marked with POSTED PRIVATE PROPERTY signs that prohibit trespassing, hunting, or vehicle entry for unauthorized purposes.

4. The agent parked at the end of my driveway, exited his vehicle, and approached my house. I did not wave him in or give permission for him to enter.

5. The repossession agent identified himself as working for Ally Bank and stated he was there to repossess a Ford Raptor located on my property.

6. The agent was visibly armed with a sidearm holstered on his hip, though he did not draw the weapon.

7. I informed the agent that he was not authorized to be on my property and that any attempt to repossess the truck would be in direct violation of my federally protected consumer rights.

8. I told the agent that if he or Ally touched the vehicle, I would pursue legal action immediately under applicable consumer protection and trespass laws.

9. On April 8, 2025, the same agent or another Ally-hired recovery agent also visited my former commercial shop at approximately 6:00 AM, which is also under video surveillance.

10. I have downloaded video footage and screenshots documenting both encounters and have preserved this evidence for litigation and law enforcement purposes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of April, 2025.

Signature: _____

David Miedel
9612 Woodbury Rd.
Laingsburg, MI 48848
miedeld@icloud.com
812-327-1091