**Exhibit H**

Photos of No Trespassing Signs and Repo Agent on Property





