**Exhibit I**

Audio Transcript – Nov 12, 2024 call: Ally confirms account marked FRAUD

### Exhibit I: Audio Transcript – Nov 12, 2024 Call

Date of Call: November 12, 2024
Call Duration: Approx. 15 minutes
Ally Representative: Richie Sykes (name confirmed during follow-up)

Key Statement from Ally Rep:
- 'I'll have to transfer you to the fraud team. It's showing that your account is under fraud on my end.'
- When asked when the loan was created: 'September 28, 2024.'

This call confirms that Ally flagged the account as fraudulent internally and that the loan was linked to the forged September 27 contract submitted by the dealership.