**Exhibit L**

Screenshots – Ally website removed loan contracts post-CFPB filing



January 10 2024 contracts visible on Ally site





You can access these documents as long as your vehicle profile is with us.

Your documents may include multiple pages. Make sure to download all PDFs with the same name to access complete versions of your documents.

**2024 FORD F-150 Contract (PDF)**
Nov 6, 2024

**2024 FORD F-150 Contract (PDF)**
Nov 6, 2024

**2024 FORD F-150 Contract (PDF)**
Nov 6, 2024







