**Exhibit M**

Email Communications with Morrie's President Ryan Smith

From: Ryan D. Smith RyanD.Smith@morries.com
Subject: RE: My second authorized signature
Date: January 21, 2025 at 1:17:43 PM
To: david miedel miedeld@icloud.com

Good afternoon David,

I have met with Lonnie and team. We have copies or originals of all contracts in-house. No need to send us your copies. We did a formal write-up with Paul for not following company resigning procedures. As well as added additional training for our quarterly finance meeting as a direct result of this situation.

Anything you want to send to me will reach me if you use our West Salem Chevy locations.
990 West City Highway 16
West Salem WI, 54669

Thanks



Ryan D. Smith
President of Operations-Market 2 | Morrie's Auto Group
p: 608-786-7203
e: RyanD.Smith@morries.com
morries.com | Moving Life Forward®

**From:** david miedel <miedeld@icloud.com>
**Sent:** Tuesday, January 21, 2025 12:11 PM