**Exhibit Q**

Documentation of Forced Truck Purchase – January 24, 2025 ($94,560)

### Exhibit Q: Documentation of Forced Truck Purchase – January 24, 2025

Due to Ally Bank's continued collection threats and attempted repossession efforts—despite multiple notices of fraud and forgery—Plaintiff was forced to purchase a second vehicle for personal and business transportation.

Details of the Replacement Truck Purchase:
- Purchase Date: January 24, 2025
- Vehicle: New truck
- MSRP: $94,560.00
- The vehicle was purchased after Plaintiff could no longer rely on continued use of the vehicle at issue in this lawsuit, which remained under risk of wrongful repossession.
- Plaintiff originally intended to sell his prior vehicle after resolving this dispute but was compelled to trade it in prematurely due to Ally's hostile conduct.

This purchase directly resulted from the stress, uncertainty, and financial pressure created by Ally Bank's refusal to freeze collections or acknowledge the proven fraud. The additional burden of acquiring a new vehicle represents a quantifiable financial harm and forms part of Plaintiff's compensatory damages.

**RETAIL BUYER'S ORDER**

**NOURSE FAMILY OF DEALERSHIPS - CHILLICOTH**
423 N Bridge St
Chillicothe, OH 45601
(740)773-7913

STOCK NO. F26890
DEAL NO.

| | |
|---|---|
| PURCHASER'S NAME | DWM REVOCABLE TRUST |
| STREET ADDRESS | 9612 WOOD BURY RD |
| CITY | LAINGSBURG |
| COUNTY | SHIAWASSEE |
| STATE | MI |
| ZIP | 48848 |
| DATE | 01/24/25 |
| PHONE | (812)327-1091 |
| SALESPERSON | BLAKE PICKLESIMER |

ENTER MY ORDER FOR ONE  ☒ NEW  ☐ USED  ☐ CAR  ☐ TRUCK  ☐ DEMONSTRATOR  ☐ FACTORY OFFICIAL  ☐ RENTAL VEHICLE  AS FOLLOWS:

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | TRIM |
|---|---|---|---|---|---|
| 2025 | FORD | F-150 | RAPTOR 4WD SUPER | SHELTER GREEN | 5B |

VIN: 1FTFW1RG3SFA39793
TO BE DELIVERED ON OR ABOUT: 01/24/25
STOCK NO. F26890

| | |
|---|---|
| PRICE OF VEHICLE | $ 90,500.00 |
| OTHER GOODS & SERVICES N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| FORD MOTOR SERVICES CO | 4,060.00 |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| DOCUMENTARY FEE | N/A |
| TAXABLE PRICE | 94,560.00 |
| N/A | N/A |
| LESS: TRADE IN ALLOWANCE(S) | 38,500.00 |
| N/A | N/A |
| N/A | N/A |
| TAX BASE $ 56,060.00 | |
| SALES TAX 6.00 % | 5,059.86 |
| DOCUMENTARY FEE | 387.00 |
| N/A | N/A |
| N/A | N/A |
| TITLE FEE | 15.00 |
| REGISTRATION FEE | 20.00 |
| CREDIT LIFE AND DISABILITY | N/A |
| PLUS: PAYOFF ON TRADE VEHICLE(S) | 50,133.94 |
| **TOTAL DUE** | **$ 111,675.80** |
| LESS INITIAL PAYMENT/CASH DOWN | 4,000.00 |
| LESS REBATE/FACTORY INCENTIVE | N/A |
| OTHER | N/A |
| **BALANCE DUE** | **$ 107,675.80** |

ODOMETER MILEAGE STATEMENT
THE ODOMETER OF THE PURCHASED VEHICLE NOW READS 10 MILES/KILOMETERS AND IS ACCURATE UNLESS CHECKED BELOW.
☐ ODOMETER MILEAGE IS NOT ACCURATE. REFER TO THE FEDERAL MILEAGE STATEMENT FOR FULL DISCLOSURE.

**TRADE-IN RECORD 1**

| YEAR | MAKE | MODEL | TYPE |
|---|---|---|---|
| 2022 | FORD | F-150 | TRUCK |

VIN #: 1FTEW1E85NFA45187
MILEAGE: 81500
PAYOFF $ 50,133.94    Trade In Allowance 38,500.00

**TRADE-IN RECORD 2**

| YEAR | MAKE | MODEL | TYPE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

VIN #: N/A    MILEAGE: N/A
PAYOFF $ N/A    Trade In Allowance N/A

**NEGATIVE EQUITY DISCLOSURE & CONSENT:**
I am aware that the balance owed on my trade-in vehicle(s) or the amount owed on my lease turn in vehicle(s) exceeds the trade in allowance(s) from the dealer. As a result, I have requested that the "Total Due" be increased by the difference, $ 11,633.94 (known as negative equity).

INITIALS: DM

☒ SEE VEHICLE DELIVERY REPORT ATTACHED
☒ SEE USED VEHICLE LIMITED WARRANTY ATTACHED
☐ LIMITED RIGHT TO CANCEL APPLIES: If you have entered into a Spot Delivery Agreement-Limited Right to Cancel, the sale of the Vehicle is conditioned on final approval of financing by, or assignment of the Retail Installment Sale Contract to a lender. If final financing approval is not obtained and/or the Contract cannot be assigned, you or the Dealership may cancel the Contract in accordance with this Agreement, the Spot Delivery Agreement-Limited Right to Cancel, and the Retail Installment Sale Contract. **SEE ATTACHED DOCUMENT FOR IMPORTANT DETAILS**

☐ DEPOSIT RECEIPT: Dealer hereby acknowledges receipt of the sum of $ N/A as a deposit or partial payment for the vehicle described above. If this receipt is for a deposit, Dealer will refrain from selling the described vehicle for N/A days. This Deposit:
☐ IS ☐ IS NOT REFUNDABLE, subject to the conditions on page 3 and the following:

REMARKS:

Customer Initials: DM    Co-Customer Initials: _____

LAW FORM NO. LAWOH-1983-2_0 (REV. 12/15)
©2015 The Reynolds and Reynolds Company

Page 1 of 3
Original

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.