# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID MIEDEL,

    Plaintiff,

v.                                   Civil Action No. 1:25-cv-406-HYJ-SJB
                                     Chief Judge Hala Y. Jarbou
                                     Magistrate Judge Sally J. Berens

ALLY BANK,
    Defendant.
_____/

## DEFENDANT ALLY BANK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

    Defendant Ally Bank ("Ally"), by counsel, hereby submits its Motion to Dismiss the Complaint filed by Plaintiff David Miedel pursuant to Rule 12(b)(1) & (6) of the Federal Rules of Civil Procedure. The reasons and grounds supporting this Motion are more specifically set forth in the accompanying Brief in Support, which is incorporated by reference herein.

    WHEREFORE, Ally respectfully requests that the Court enter an Order dismissing Plaintiff's Complaint with prejudice and grant such other and further relief as the Court deems appropriate.

Dated: May 6, 2025                         Respectfully submitted,

                                                 */s/ Mark D. Kundmueller*
                                               Ethan G. Ostroff, Esq.
                                               Mark D. Kundmueller, Esq. (P66306)
                                             TROUTMAN PEPPER LOCKE LLP
                                             222 Town Center, Suite 2000
                                             Virginia Beach, VA 23462
                                             Telephone: (757) 687-7500
                                             Fax: (757) 687-7510
                                             Email: ethan.ostroff@troutman.com
                                             Email: mark.kundmueller@troutman.com
                                             *Attorneys for Ally Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2025, a copy of Defendant Ally Bank's Motion to Dismiss Plaintiff's Complaint was filed through the Court's CM/ECF system, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

I further certify that a true and correct copy of the foregoing documents was served upon Plaintiff via Federal Express to:

David Miedel
9612 Woodbury Rd.
Laingsburg, MI 48848
*Pro Se Plaintiff*

I further certify that a courtesy copy of the aforesaid was sent via Federal Express to the Hon. Hala Y. Jarbou, 138 Chamberlain Federal Building, 315 W. Allegan St, Lansing, MI 48933.

>  */s/ Mark D. Kundmueller*
>  Mark D. Kundmueller, Esq. (P66306)