UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MIEDEL,

    Plaintiff,

v.

                                  Case No. 1:25-cv-406

ALLY BANK,                          Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

In accordance with the Opinion issued this date:

**IT IS ORDERED** that Plaintiff's objection (ECF No. 49) is **OVERRULED**.

**IT IS FURTHER ORDERED** that the report and recommendation (ECF No. 48) is **APPROVED** to the extent it recommends dismissal for lack of standing.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 12) is **GRANTED**. Plaintiff's federal claim is dismissed for lack of standing, and the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

**IT IS FURTHER ORDERED** that Plaintiff's outstanding motions for relief (ECF Nos. 6, 17, 20) are **DENIED AS MOOT**.

A judgment will issue in accordance with this order.

Dated: September 29, 2025                /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE